UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MELVIN DUBINSKY, :
:
                 Plaintiff, :
: 24-CV-10007 (VSB)
     - against - :
: **ORDER OF SERVICE**
:
MICHAEL ALPERSTEIN & ANDREA :
GLENN LOIGMAN, :
:
               Defendants. :
:
-----------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

    Plaintiff, proceeding *pro se*, paid the filing fees to commence this action. Accordingly:

    The Clerk of Court is respectfully directed to (1) issue summonses as to Defendants Alperstein and Loigman and (2) mail a copy of this order to Plaintiff at the address on file.

    IT IS HEREBY ORDERED that Plaintiff's deadline to effectuate service on each Defendant is extended to 90 days from the date the summonses issue.

    IT IS FURTHER ORDERED that Plaintiff shall serve the summonses and complaint on Defendants within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served the summons or requested an extension of time to do so, I may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 7, 2025
      New York, New York

                                                              Vernon S. Broderick
                                                              United States District Judge